UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDROFLOW USA LLC , <br><br>　　　　　　Plaintiff, <br>　　v. <br><br>ECO INTEGRATED TECHNOLOGIES, INC et al, <br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-01317-TL <br><br>ORDER GRANTING MOTION TO CONTINUE DEADLINE FOR RESPONSE TO PRELIMINARY INJUNCTION MOTION |

　　　This matter comes before the Court on Defendants ECO Integrated Technologies, Inc., Jess Rae Booth, and Walter Carlson's request for an extension of twenty-one (21) calendar days (Dkt. No. 17) to respond to Plaintiff HydroFLOW USA, LLC's motion for preliminary injunction (Dkt. No. 14). Plaintiff does not oppose the motion. Dkt. No. 23.

　　　The Court thus EXTENDS the deadline for Defendants to respond to the motion to **November 6, 2023**, and correspondingly EXTENDS the deadline for Plaintiff's reply to **November 10, 2023**. The Clerk of Court is DIRECTED to re-note the motion for preliminary injunction (Dkt. No. 14) for **November 10, 2023**.

ORDER GRANTING MOTION TO CONTINUE DEADLINE FOR RESPONSE TO PRELIMINARY INJUNCTION MOTION - 1

As a separate matter, Defendants appear to be confused about whether the preliminary injunction motion has been set for a hearing. *See* Dkt. No 17 at 8 (asking the Court "to continue the hearing").  A party seeking a hearing on any matter is required to indicate this request by including the words "ORAL ARGUMENT REQUESTED" in the caption of its motion or responsive memorandum. *See* LCR 7(b)(4). Should the Court determine that a hearing on the preliminary injunction motion would be helpful, the Court will reach out to the Parties to schedule a date and time. *See* Judge Tana Lin, Standing Order for All Civil Cases, Section VI.A (last updated June 16, 2023).

Dated this 16th day of October 2023.

Tana Lin
United States District Judge