Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYDROFLOW USA, LLC, a Washington limited liability company,<br><br>               Plaintiff,<br><br>    v.<br><br>ECO INTEGRATED TECHNOLOGIES, INC., a Delaware corporation; JESS RAE BOOTH; WALTER CARLSON; and PEYTON JACKSON,<br><br>               Defendants. | NO. 2:23-cv-01317 TL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the parties' Stipulated Motion for Dismissal with Prejudice and Federal Rule of Civil Procedure 41(a)(2), and the Court having reviewed the files and records herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is DISMISSED with prejudice and with each party bearing its own attorneys' fees and costs. The Clerk of the Court is directed to strike any and all hearings, motions, and trial setting of October 6, 2025, from the Court's calendar.

SO ORDERED this 5th day of May, 2025.

_____
Honorable Tana Lin

ORDER OF DISMISSAL WITH PREJUDICE – 1

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020